## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| 501 School Street, S.W., Suite 700 | ) | |
| Washington, DC  20024, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, DC  20220, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR DECLARATORY AND
## INJUNCTIVE RELIEF

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of

Treasury to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff is a non-profit, educational foundation organized under the laws of the

District of Columbia and having its principal place of business at 501 School Street, S.W., Suite

700, Washington, DC  20024.  Plaintiff seeks to promote integrity, transparency, and

accountability in government and fidelity to the rule of law.  In furtherance of its public interest

mission, Plaintiff regularly serves FOIA requests on federal, state, and local government

agencies, entities, and offices, and disseminates its findings to the public.

4.      Defendant is an agency of the United States government and is headquartered at

1500 Pennsylvania Avenue, N.W., Washington, DC 20220.  Defendant has possession, custody,

and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On November 23, 2009, Plaintiff sent a FOIA request to Defendant seeking access

to the following:

      a.      Any and all records, including agendas, briefing papers,
memoranda, minutes, notes, presentations, and/or
summaries of the meeting on November 4, 2009 between
Kenneth Feinberg, the special master for TARP executive
compensation of the U.S. Treasury, Robert Benmosche, the
CEO of the American International Group, and AIG's
Board of Directors.

      b.      Any and all records, including agendas, briefing papers,
memoranda, minutes, notes, presentations, and/or
summaries of the meeting on November 12, 2009 between
Kenneth Feinberg, the special master for TARP executive
compensation of the U.S. Treasury, and William Dudley,
president of the New York Federal Reserve Bank.

      c.      Any and all records, including agendas, briefing papers,
memoranda, minutes, notes, presentations, and/or
summaries of the meeting on November 17, 2009 between
Kenneth Feinberg, the special master for TARP executive
compensation of the U.S. Treasury, and Robert Benmosche,
the CEO of the American International Group.

6.      Defendant acknowledged receipt of Plaintiff's FOIA request by letter dated

December 3, 2009 and assigned the request number 2009-11-077.  Defendant also stated in its

December 3, 2009 letter that it was granting itself a ten (10) day extension of time to respond to the request pursuant to 5 U.S.C. § 552(a)(6)(B)(i).

7.      In lieu of the ten (10) day extension of time, Defendant's response to Plaintiff's November 23, 2009 FOIA request was due by January 19, 2010.

8.      As of the date of this Complaint, Defendant has failed to produce any records responsive to the request or demonstrate that responsive records are exempt from production. Nor has it indicated whether or when any responsive records will be produced.   In short, Defendant has failed to respond to the request in any manner.

9.      This is not the first time in which Defendant has acknowledged Plaintiff's FOIA request, granted itself a ten day extension, and failed to take any other action within the statutory time period.  Plaintiff currently has eight additional FOIA requests pending with Defendant in which Defendant has acted in the same or a similar manner.

10.      Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its November 23, 2009 FOIA request.  5 U.S.C. § 552(a)(6)(C)(i).

## COUNT 1
### (Violation of FOIA)

11.      Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12.      Defendant has violated FOIA by failing to produce any and all non-exempt records responsive to Plaintiff's November 23, 2009 request within the time limits required by 5 U.S.C. § 552(a)(6)(A) and 5 U.S.C. § 552(a)(6)(B).

13.     Plaintiff is being irreparably harmed by reason of Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) declare Defendant's failure to comply with FOIA to be unlawful; (2) order Defendant to search for and produce any and all non-exempt records responsive to Plaintiff's November 23, 2009 request and a *Vaughn* index of allegedly exempt records responsive to the request by a date certain; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to the request; (4) grant Plaintiff an award of attorney's fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: February 25, 2009                          Respectfully submitted,

                                                  JUDICIAL WATCH, INC.


                                                  _____
                                                  David F. Rothstein
                                                  D.C. Bar No. 450035


                                                  _____
                                                  Paul J. Orfanedes
                                                  D.C. Bar No. 429716
                                                  501 School Street, S.W., Suite 700
                                                  Washington, DC 20024
                                                  (202) 646-5172

                                                  *Attorneys for Plaintiff*